UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-74 |
| V. | ) | (Jordan / Shirley) |
| | ) | |
| MARIO ROBERTO DIAZ-MOURILLO, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the timely request of Mario Roberto Diaz-Mourillo to extend the motion deadline in this case. [Doc. 12].

Defendant Diaz-Mourillo asserts that additional time for evaluation and filing of pretrial motion is necessary due to scope of the factual investigation and discovery materials that have not been produced by the government. Mr. Diaz-Mourillo reports that he has identified several witnesses to the events underlying this indictment and that, while the United States has produced videotape evidence, there are also photographs whose disclosure is forthcoming. Since the filing of the motion, the government has indicated it does not oppose Mr. Diaz-Mourillo's request.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, Defendant's Motion to Extend Motion Cut-Off Deadline **[Doc. 12]** is **GRANTED**. Pretrial motions filed by **August 17, 2007,** will be considered timely. Government responses will be due **August 27, 2007**. Should pretrial motions be filed whose full

disposition may affect the currently-scheduled trial date of **August 30, 2007**, the Court will address

that issue at the pretrial conference on **August 22, 2007, at 2:00 p.m.**

     **IT IS SO ORDERED.**

                    ENTER:

                        s/ C. Clifford Shirley, Jr.
                    United States Magistrate Judge